**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**VERNON V. HUMBLES,**

    **Plaintiff,**

       **v.**                                       **Civil Action No.  09-0341 (JDB)**

**LEON SWAIN, <u>et al.</u>,**

    **Defendants.**

---

<u>**ORDER**</u>

      Vernon Humbles, proceeding <u>pro se</u>, has filed a complaint against the Chairman of the

D.C. Taxicab Commission, an officer of the Metropolitan Police Department, the Mayor of D.C.,

and the Office of the D.C. Attorney General.  Humbles alleges false arrest under D.C. law, as

well as violations of his First and Fifth Amendment rights.  Defendants have [9] moved to

dismiss the complaint, or in the alternative for summary judgment.  On October 23, 2009, the

Court granted Humbles's motion to file an amended complaint, and permitted him forty days to

perfect service on defendants.  <u>See</u> October 23, 2009 Order [Docket Entry 15], at 2-3.  Humbles

failed to file an amended complaint in the time allotted by the Court.  Accordingly, the Court

informed Humbles that he would need to respond to defendants' dispositive motion by January

25, 2010, or the Court could grant defendants' motion as conceded.  <u>See</u> January 4, 2010 Order

[Docket Entry 16], at 1-2; <u>Neal v. Kelly</u>, 963 F.2d 453 (D.C. Cir. 1992); <u>Fox v. Strickland</u>, 837

F.2d 507 (D.C. Cir. 1988).

      Under Local Rule 7(b), when an opposition to a motion has not been filed within fourteen

days of the date of service "or at such other time as the Court may direct, . . . the Court may treat

the motion as conceded."  Local Rule 7(b); <u>see</u> <u>Malik v. District of Columbia</u>, 574 F.3d 781, 786

(D.C. Cir. 2009).  Here, the time for Humbles to oppose defendants' motion has long since

passed, and the Court has received no communication from Humbles explaining or excusing his

failure to respond.

 Accordingly, it is hereby

 **ORDERED** that [9] defendants' motion to dismiss, or in the alternative for summary

judgment is **GRANTED** as conceded, and the case is **DISMISSED**.

 **SO ORDERED.**

/s/
_____
JOHN D. BATES
United States District Judge

Date: <u>March 5, 2010</u>